**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

EDWIN ANDRADE HERNANDEZ,   23-cv-4677 (OEM)(LGD)

                Plaintiff,   MOTION FOR SETTLEMENT
   APPROVAL OF A FAIR LABOR
-against-   STANDARDS ACT CASE
   (UNOPPOSED)

BLUE STAR CARPENTRY CORP., KELLEY
DECKING & CARPENTRY, LLC, KEVIN
FLORINDO, and CHRISTOPHER KELLEY,

                Defendants.
-----------------------------------------------------------X

Plaintiff, by and through his counsel of record, moves this Honorable Court for an Order:

1. Approving the settlement of this action pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir, 2016); and

2. Dismissing this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

This motion is based on the accompanying Memorandum of Law in Support, the Declaration of Keith E. Williams, Esq., and its accompanying exhibits.

Dated: Massapequa, New York
       April 12, 2024

                                        Respectfully submitted,

                                        THE NHG LAW GROUP, P.C.

                                        */s/ Keith E. Williams*
                                        Keith E. Williams, Esq.
                                        *Attorneys for the Plaintiff*
                                        4242 Merrick Road
                                        Massapequa, New York 11758
                                        Tel: 516.228.5100
                                        keith@nhglaw.com